■ In the Matter of HILARY BEST, Petitioner, v BARRY A. SCHWARTZ et al., Respondents. [36 NYS3d 826]—Proceeding pursuant to CPLR article 78 in the nature of prohibition to prohibit the respondent Barry A. Schwartz, a Justice of the Supreme Court, Queens County, from presiding over a criminal action against the petitioner under Queens County indictment No. 768/14.

Adjudged that the petition is denied and the proceeding is dismissed on the merits, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" (*Matter of Holtzman v Goldman*, 71 NY2d 564, 569 [1988]; *see Matter of Rush v Mordue*, 68 NY2d 348, 352 [1986]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Eng, P.J., Dickerson, Duffy and Connolly, JJ., concur.